IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RAVEN FOX, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>DAKKOTA INTEGRATED SYSTEMS, LLC,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. 1:19-cv-02872<br>)<br>)  Honorable Charles P. Kocoras<br>)<br>)<br>)<br>) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Named Plaintiff, Raven Fox, individually and on behalf of all others similarly situated, by and through undersigned counsel, hereby voluntarily dismisses her claims against Defendant, Dakkota Integrated Systems, LLC.

Dated: January 6, 2021                    Respectfully submitted,

                            */s/ Catherine T. Mitchell*

                            Ryan F. Stephan
                            Catherine T. Mitchell
                            **STEPHAN ZOURAS, LLP**
                            100 N. Riverside Plaza, Suite 2150
                            Chicago, Illinois 60606
                            312-233-1550
                            rstephan@stephanzouras.com
                            cmitchell@stephanzouras.com

                            **ATTORNEYS FOR PLAINTIFF**

1

## **CERTIFICATE OF SERVICE**

      I, the attorney, hereby certify that on January 6, 2021, I filed the attached with the Clerk of the Court using the ECF system, which will send such filing to all attorneys of record.

                                                                                   */s/ Catherine T. Mitchell*