# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Raven Fox

                        Plaintiff,

v.                                          Case No.: 1:19–cv–02872
                                                      Honorable Charles P. Kocoras

Dakkota Integrated Systems, LLC

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 20, 2021:

      MINUTE entry before the Honorable Charles P. Kocoras: Considering Plaintiff's Notice of Voluntary Dismissal (Dkt. #[66]) and Defendant's Response (Dkt. #[67]), the Court dismisses this case with prejudice. Civil case terminated. It is so ordered. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.